■ In the Matter of ERNEST W. BRUNNER.—Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Kupferman, J. P., Sullivan, Carro, Asch and Fein, JJ.